UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEATRICE WINSTON,

    Plaintiff,

v.                                                        Case No. 8:23-cv-1865-WFJ-AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's complaint seeking judicial review of the Commissioner of the Social Security Administration's ("Commissioner") decision denying her claim for a period of disability, disability insurance benefits, and supplemental security income (Dkt. 1). The magistrate judge issued a report recommending that the decision of the Commissioner be affirmed (Dkt. 20). The time for filing objections has passed.

After an independent review of the record, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Having conducted an independent review of the record, the Court agrees with Judge Porcelli's thorough and well-reasoned report and recommendation. The Administrative Law Judge (ALJ) applied the correct legal standards and the ALJ's decision is supported by substantial evidence. It is therefore **ORDERED AND ADJUDGED** as follows:

1) The report and recommendation (Dkt. 20) is approved, confirmed, and adopted in all respects and is made a part of this order.

2) The Commissioner's decision denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income is affirmed.

3) The Clerk is directed to enter final judgment in favor of the Commissioner, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Tampa, Florida, on June 25, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Plaintiff, *pro se*
Counsel of record